FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 3 0 2022

TAMMY H. DOWNS, CLERK
By:_____
                DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| Jeremy Kurck | ) | Case No. 4:22-CV-1128-BSM |
| | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| | ) | |
| Branden Kieffer | ) | |

MOTION FOR TEMPORARY RESTRAINING ORDER

COMES NOW the Plaintiff, proceeding *pro se*, for his Motion for Temporary Restraining Order against the Defendant:

1. Pursuant to 28 U.S.C. § 2679 (d) (2), the United States District Court has subject matter over this case.

2. The Defendant threatened the Plaintiff with wrongful arrest, when the Plaintiff had not committed any violation of any law. The Defendant then advised the Plaintiff that he had reported untrue facts to the Plaintiff's employer. This created substantial fear and anxiety in the Plaintiff, for fear of another wrongful arrest, and fear of losing his gainful employment.

3. The Plaintiff lost his job over the false statements that were made by the Defendant, thus irreparable harm has already been done. If the Defendant is allowed to continue his actions, more irreparable harm will continue.

1

4. The balance between the foregoing additional irreparable harm and any injury that may be suffered by the Defendant if the temporary restraining order is granted weighs heavily on the Plaintiff.

5. The Plaintiff is likely to succeed in the merits of his complaint.

6. The public interest weighs in favor of the entry of a temporary restraining order in favor of the Plaintiff. The acts of the Defendant are deemed criminal in the State of Arkansas, and as such, are deemed to be a public wrong.

WHEREFORE, the Plaintiff requests entry of an order restraining the Defendant from referencing the Plaintiff in any means, verbal, written, or electronic, to any other person; and restraining the Defendant from contacting the Plaintiff or the Plaintiff's employer(s), except through his attorney, and for all other proper relief.

Respectfully submitted,

*Jeremy D. Kurck*
Jeremy D. Kurck, Plaintiff

P.O. Box 7628
Little Rock, AR  72217
(501)515-1050
jdkurck@yahoo.com

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the forgoing was sent by U.S. Mail on November 29, 2022 to the following:

United States Dept of Justice
U.S. Attorney's Office, Eastern District of Arkansas
Attn: Jamie Goss Dempsey, Asst. U.S. Attorney
P.O. Box 1229
Little Rock, AR  72201

_____
Jeremy D. Kurck, Plaintiff