IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY D KURCK**                                                      PLAINTIFF

v.                          CASE NO. 4:22-CV-01128-BSM

**BRANDEN KIEFFER**                                                     DEFENDANT

## ORDER

Jeremy Kurck's motion for a temporary restraining order [Doc. No. 3] is denied. Kurck alleges that Branden Keiffer made statements that caused him to be fired, and that he now fears unnamed possible future harms. *Id.* The record does not substantiate Kurck's claims and he has failed to demonstrate that he will suffer irreparable harm. *See Gelco Corp. v. Consiton Partners*, 811 F.2d 414, 418 (8th Cir. 1987).

IT IS SO ORDERED this 9th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE