**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 9 2023

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| Jeremy Kurck | ) | Case No. 4:22-CV-1128-BSM |
| | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| Branden Kieffer | ) | |

MOTION TO PLACE CASE ON HOLD

COMES NOW the Plaintiff, proceeding *pro se*, for his Motion to place the above-styled case on hold.

1.  The Plaintiff filed a formal complaint against the Defendant on October 24, 2022, upon the filing of this suit in Circuit Court, by electronic mail to Edward Grace, Chief of Enforcement for the United States Fish and Wildlife Service.

2.  On January 6, 2023, the Plaintiff received a response from the United States Fish and Wildlife Service indicating their receipt of the complaint and providing follow-up steps in the process.  (See attached Exhibit A and B.)

3.  A Freedom of Information Act request was filed on November 23, 2022 (Request #: DOI-FWS-2023-001031), asking for the official job duties and description of Senior

Canine Wildlife Officers.  To date, no response has been received, and the Plaintiff is still awaiting a response in that matter.

4.   With the new development in the case, the Plaintiff respectfully requests that the Court issue an Order placing this case on hold, until motion is made by the Plaintiff to continue the case.  The Plaintiff would like to allow the United States Fish and Wildlife Service the opportunity to amicably resolve this unfortunate situation without the involvement of the legal system.

5.   Should this situation not be remedied in the time allotted by Federal Statutes, the Plaintiff would like the opportunity to resume the complaint in this Court.

WHEREFORE, the Plaintiff requests that the motion to place the case on hold be granted, and for all other proper relief.

Respectfully submitted,

Jeremy D. Kurck, Plaintiff

P.O. Box 7628
Little Rock, AR  72217
(501)515-1050
jdkurck@yahoo.com

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the forgoing was sent by U.S. Mail on

January 6, 2023 to the following:


United States Dept of Justice
U.S. Attorney's Office, Eastern District of Arkansas
Attn:  Jamie Goss Dempsey, Asst. U.S. Attorney
P.O. Box 1229
Little Rock, AR  72201

Jeremy D. Kurck, Plaintiff

3

**jeremy@jeremykurck.com**

| | |
|---|---|
| **From:** | Hammond, Julie <julie_hammond@fws.gov> |
| **Sent:** | Friday, January 6, 2023 1:29 PM |
| **To:** | jeremy@jeremykurck.com |
| **Cc:** | Rios, Andrea |
| **Subject:** | Standard Form 95 - Federal Claim Form - Regarding Incident on or about July 23, 2022 |
| **Attachments:** | SF-95 Letter - J. Kurck.pdf; 43 CFR 22.2 (up to date as of 8-19-2022).pdf; INSURANCE and Registration Statement Revised 3-18-2021.doc; SF 95 Form to Claimant - JH.pdf |

Good afternoon,

The attached is the information on how to file a Tort claim with the US Fish and Wildlife Service.

Attached you will find the following documents:

*Standard Form (SF-95) Federal Claim Form
*Letter with information regarding how to complete the claim form
*Information about federal insurance status.


Please read the all documents and the form prior to completing, completely fill out (N/A if non-applicable) and then make sure it is signed. You may email all of the documents back to me or mail them to the address listed on the form, whatever is easier for you.

Please let me know if you have any questions or if I can help with anything.

Thank you,

Julie Hammond
FWS Tort Claims Officer
Joint Administrative Operations / Fish and Wildlife Service
Phone:  440-334-9024
Email:  julie_hammond@fws.gov



# United States Department of the Interior

**FISH AND WILDLIFE SERVICE**
**P. O. Box 323**
**Berea, Ohio 44017**

January 6, 2023

Mr. Jeremy Kurck
P. O. Box 7628
Little Rock, AR 72217
jeremy@jeremykurck.com

      Re:    Federal Tort Claim
              Date:  On or About July 23, 2022
              Location: Near Searcy, AR

Dear Mr. Kurck,

This letter is in response to your October 24, 2022, e-mail to the U.S. Fish & Wildlife Service regarding a "legal complaint." In order to file for personal injury or property damages under the Federal Tort Claims Act, you will need to process a Federal Tort Claim by using the enclosed SF-95 (Claim for Damage, Injury, or Death). Please read the instructions on page two of the form. If you decide to file a claim, please complete the form ensuring block 12d has the total claim amount and signature of the legal owner/authorized representative is in block 13a. Supporting documentation may not be limited to additional information, as noted below. Additional information about the claim process is found in the Code of Federal Regulations, 28 C.F.R. Part 14.

A proper claim for property damage and personal injury must also contain – at a minimum – the following:

1. Completed SF-95
2. A claim for property/vehicle damage requires – at a minimum:
   - Proof of ownership:  copy of title or registration
   - Proof of insurance:  copy of insurance card
   - Two estimates of damage **or,** if repairs/replacement have been completed, the itemized receipt showing payment for the repairs/replacement
   - Receipt(s) for other expense(s) such as tow charges
   - Receipts or estimates for any other expenses such as a rental vehicle
3. When personal injury expenses are involved the following documentation – at minimum – is also required.
   - Medical bills/receipts
   - Medical records
   - The amount claimed should be substantiated by competent evidence as follows:

     > In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred."

The Federal Government does not carry liability insurance, but instead provides the Federal Tort Claims Act (FTCA) as a means to recover damages caused by an employee acting within the scope of his/her employment.  The completed SF-95 with support documentation should be sent to the US Fish and Wildlife Service at P. O. Box 323, Berea, Ohio 44017-0323   Attention: Julie Hammond, Tort Claim Officer.  If you have any questions, please call me at 440-334-9024. I may also be contacted via email at julie_hammond@fws.gov.

Sincerely,

*Julie Hammond*

Julie Hammond
Tort Claim Officer

Enclosures:    SF-95